IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SHARON DAY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-04-1237-C |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the

United States Magistrate Judge on May 17, 2005.  The court file reflects that no party has

objected to the Report and Recommendation within the time limits prescribed.  Therefore,

the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted in

its entirety, and this matter is remanded to the Commissioner for further administrative

proceedings.  A judgment shall enter accordingly.

DATED this 29th day of June, 2005.

ROBIN J. CAUTHRON
United States District Judge